## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN L. WATERS ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J.C. CHRISTENSEN & ASSOCIATES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.  08-11795-NG |

## DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and LR, D.Mass 56.1, the defendant, J.C. Christensen & Associates, Inc. ("JCC"), cross moves for summary judgment on Counts III through X of Plaintiff's Second Amended Complaint.

In support of its motion, JCC refers the Court to its Opposition to Plaintiff's Motion for Summary Judgment and Memorandum of Law in Support of its Cross Motion for Summary Judgment, filed concurrently herewith.

| | | |
|---|---|---|
| | | Respectfully submitted,<br>J.C. CHRISTENSEN & ASSOCIATES, INC.<br>By Its Attorneys,<br><br>　*/s/ Andrew M. Schneiderman*<br>David A. Grossbaum, Esq., BBO #546020<br>Andrew M. Schneiderman, Esq., BBO #666252<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>Tel: 617-213-7000 / Fax: 617-213-7001<br>dgrossbaum@hinshawlaw.com |
| Date: | February 26, 2010 | aschneiderman@hinshawlaw.com |

## CERTIFICATE OF CONSULTATION

Pursuant to LR, D.Mass 7.1(A)(2), counsel for Defendant, J.C. Christensen & Associates, Inc., certifies that he has personally conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented in JCC's Cross Motion for Summary Judgment. Counsel was unable to resolve or narrow the issues presented in the Motion.

## CERTIFICATE OF SERVICE

    I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  | |
|---|---|
|  | */s/ Andrew M. Schneiderman* |
|  | Andrew M. Schneiderman |