# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>     John L. Waters            </u>
              **Plaintiff**

   V.

<u>  J.C. Christensen & Associates, Inc.  </u>
             **Defendant**

**CIVIL ACTION**

**NO.  <u>1:08-cv-11795-NG</u>**

## JUDGMENT

<u>  GERTNER,   D. J.  </u>

In accordance with the Court's electronic Order adopting the Report and Recommendation (docket entry #52) dated <u> 3/22/2011 </u> granting <u> defendant's </u> motion for summary judgment in the above-entitled action, it is hereby ORDERED:

     Judgment for the  <u> defendant </u> .

                                       By the Court,

<u>    3/22/2011   </u>                             <u>  /s/ JENNIFER GAUDET   </u>
      Date                                                 Deputy Clerk

(Judgment for SJ.wpd - 12/98)